**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GLEN BYRD, # 10119-003** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 26-00299-KD-MU** |
| | ) | |
| **OFFICER SUGGS, *et al*.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge (Doc. 2) made under 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b), and S.D. Ala. GenLR72(c), and dated July 29, 2026, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is transferred to the United States District Court for the Southern District of Georgia, Brunswick Division.

**DONE** this 11th day of September 2026.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GLEN BYRD, # 10119-003** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 26-00299-KD-MU** |
| | ) | |
| **OFFICER SUGGS, *et al*.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**JUDGMENT**

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge (Doc. 2), It is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is **DISMISSED** with prejudice.

**DONE** this 11th day of September 2026.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**